IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| KIM M. POWELL, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. |
| | : | 5:09-CV-188(HL) |
| ARYN GRAYEL GORDON GEEKIE, | : | |
| NORTH AMERICAN MIDWAY | : | |
| ENTERTAINMENT–CANADA HOLDING, | : | |
| INC., and CANADIAN MIDWAY | : | |
| COMPANY, | | |
| | | |
| Defendants. | | |

## ORDER

The Parties request in their Proposed Scheduling and Discovery Order (Doc. 12) an extension of the discovery period because Defendant Geekie will be out of the United States until October 2009. Due to these extenuating circumstances, if discovery is not completed sooner, it is hereby extended for 90 days from the conclusion of the taking in October 2009 of Defendant Geekie's deposition. Should a party anticipate that more time for discovery is needed, an appropriate motion may be filed setting forth good cause for an extension.

**SO ORDERED**, this the 10th day of August, 2009.

*s/ Hugh Lawson*

**HUGH LAWSON, Judge**

wjc