IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| KIM M. POWELL, | : |
| Plaintiff, | : |
| v. | : Case No. 5:09-CV-188 (HL) |
| ARYN GRAVEL GORDON GEEKIE, NORTH AMERICAN MIDWAY ENTERTAINMENT – CANADA COMPANY, | : |
| Defendants | : |

## ORDER

This Court held a hearing via telephone on October 21, 2009 to discuss matters relating to discovery. This Order will serve to clarify and memorialize the Court's rulings during the hearing.

The deadline for discovery has been extended. All discovery shall be completed by February 11, 2010.

Motions to join other parties or to otherwise amend the pleadings shall be filed as soon as the need for joinder or amendment is discovered, but in no event shall such a motion be filed after March 15, 2010.

All dispositive motions shall be filed no later than March 29, 2010.

**SO ORDERED**, this 29th day of October, 2009.

s/ Hugh Lawson
HUGH LAWSON, JUDGE

jch